| D/KS Prob. 22 (Rev 06/13) | | DOCKET NUMBER (Trans. Court) PACTS# 28683 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1083 5:12CR40003-001 |
| | | DOCKET NUMBER (Rec. Court) |

**FILED DEC 18 2014 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: | DISTRICT District of Kansas | DIVISION Topeka |
|---|---|---|
| Robert H Levin | NAME OF SENTENCING JUDGE Honorable Julie A. Robinson | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM 04/15/2014 — TO 04/14/2017 |

**CR 14 0645 SI**

OFFENSE:

Possession with Intent to Distribute Approximately 200 Pounds of Marijuana in violation of 21 U.S.C. § 841A, Class C Felony

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the court to the United States District Court for the Northern District of California upon that court's order of acceptance of jurisdiction.

This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

11/12/2014
*Date*

s/Julie A. Robinson
*United States District Judge*

*This sentence may be deleted at the discretion of the transferring court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

DEC 1 5 2014
*Effective Date*

*United States District Judge* **WILLIAM ALSUP**