BRIAN STRETCH (CABN 132612)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kathryn.haun@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR 14-CR 00645 SI |
| v. | GOVERNMENT'S RESPONSE TO MOTION TO TERMINATE |
| ROBERT LEVIN, | |
|     Defendant. | |

The government does not possess adequate records and background documentation in this case to take a position on the defendant's motion. Therefore, the government in this instance defers to the judgment of the Probation Officer, who possesses the prior and current folders and documentation pertaining to the defendant's supervision and history of performance thereon.[1]

DATED: November 12, 2015            Respectfully submitted,

                                                BRIAN J. STRETCH

---

[1] This came into the government as a duty matter to the assigned duty AUSA this week, the undersigned, who will be overseas on official travel all of next week. The duty AUSA for the week of the hearing scheduled December 4, 2015, or another AUSA that is designated, will appear for the government.

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Acting United States Attorney

_____/s/_____  
KATHRYN HAUN  
Assistant United States Attorney