UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LEVIN,<br><br>Defendant. | Case No. 14-cr-00645-SI-1<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Re: Dkt. No. 6 |

Defendant has filed a motion for early termination of supervised release. Dkt. No. 6. The United States Probation Office and the government have informed the Court that they do not oppose defendant's motion. Based upon defendant's performance on supervised release, the nature of the underlying offense, and the fact that there is no opposition to defendant's motion, the Court finds it appropriate to terminate defendant's supervised release, and accordingly GRANTS defendant's motion.

**IT IS SO ORDERED**.

Dated: April 29, 2016

_____
SUSAN ILLSTON
United States District Judge